SO ORDERED.

SIGNED this 6 day of December, 2021.



_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:

ANDRES QUINTANA and
JANE QUINTANA                                       CASE NO. 20-02391-5-SWH
                                                    CHAPTER 7

      DEBTORS.


PW FUNDING, LLC
      Plaintiff,

v.                                                  AP NO. 20-000123-5-SWH

JANE QUINTANA
      Defendant.


## JUDGMENT

In accordance with the court's order of December 3, 2021, denying the Plaintiff's Complaint seeking a determination that its debt is nondischargeable pursuant to § 523, Judgment is hereby entered in favor of the Defendant. All claims relating to this matter between the Parties are found to be dischargeable in bankruptcy.

**END OF DOCUMENT**